CATHERINE MEHEGAN, as Administratrix, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued February 3, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made March 24, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict.

This was an action to recover damages for the death of Cornelius Mehegan, plaintiff's intestate, who was killed by a train at a street crossing, alleged to have been caused by defendants's negligence. The judgment was reversed here upon the ground that the undisputed evidence showed that plaintiff's intestate was chargeable with contributory negligence in not looking or in heedlessly attempting to cross the railroad track when a train in plain sight was backing down thereon.

*James Fraser Gluck* for appellant.

*Truman C. White* for respondent.

EARL, J., reads for reversal.
All concur, except ANDREWS, J., not voting.
Judgment reversed.